**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62166-CIV-DAMIAN**

**JERSON JOSE MENDOZA GUERRERO,**

Petitioner,

v.

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** *et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the parties' Joint Status Report ("Report") [ECF No. 9], filed on August 24, 2026. In the Report, the parties indicate that on August 19, 2026, a bond hearing was conducted and that Petitioner granted a bond in the amount of $3,000.00. *See generally* Rpt. It appears that the issue upon which the Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication.

In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 27th day of August, 2026.

_______________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record